FILED
Dec 29 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ shellyy DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN URIEL RAMOS-MARTINEZ,<br><br>    Defendant. | Case No. '21 CR3592 TWR<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Sec. 1326(a) and (b) – Attempted Reentry of Removed Alien; Title 18, U.S.C., Sec. 1001 – False Statement to a Federal Officer |

The grand jury charges:

Count 1

On or about October 30, 2021, within the Southern District of California, defendant JONATHAN URIEL RAMOS-MARTINEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

JYM:nlv:San Diego:12/28/21

It is further alleged that defendant JONATHAN URIEL RAMOS-MARTINEZ was removed from the United States subsequent to July 27, 2018.

### Count 2

On or about October 30, 2021, within the Southern District of California, defendant JONATHAN URIEL RAMOS-MARTINEZ, in a matter within the jurisdiction of the United States, namely, the Department of Homeland Security, United States Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that while speaking with Special Agents from Homeland Security Investigations, he claimed to be an Lawful Permanent Resident and that his I-551 card had been stolen, whereas in truth and fact as defendant then and there well knew, those statements and representations were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: December 29, 2021.

RANDY S. GROSSMAN
United States Attorney

By: /s/ James Y. Miao
JAMES Y. MIAO
Assistant U.S. Attorney